United States District Court

Eastern District of Louisiana

Knighten

v.                                          CIVIL ACTION NO. 2:00-cv-00449
                                                                      C(2)
CF Industries Inc

    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, February 11, 2000.

                                             By Direction of the Court

                                             LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



MICHAEL D. KNIGHTEN    CIVIL ACTION 00-0449

VERSUS    NUMBER:

CF INDUSTRIES, INC. AND XYZ
INSURANCE COMPANY    SECT. C MAG. 2

### NOTICE OF REMOVAL TO THE
### UNITED STATES DISTRICT COURT

NOW INTO COURT, through undersigned counsel, comes the defendant, CF INDUSTRIES, INC. (hereinafter "CF Industries"), which respectfully removes this action to this Honorable Court and represents as follows:

1.

The plaintiff, Michael D. Knighten, is a Louisiana citizen of the full age of majority domiciled in the Parish of Tangipahoa.

2.

The defendant, CF Industries, is a foreign corporation incorporated in the State of Delaware, with its principal place of business in Long Grove, Illinois. CF Industries is not incorporated in Louisiana and does not have its principal place of business in Louisiana.

3.

The plaintiff and the defendant in this action are diverse.

4.

On January 14, 2000, the plaintiff filed a petition in Louisiana state court in the action entitled, *Michael D. Knighten v. CF Industries and XYZ Insurance Company*, Suit No. 26,367, 23rd



Judicial District Court, Parish of St. James, Louisiana.

5.

In the petition the plaintiff alleges that he was working at the CF Industries plant in Convent, Louisiana on or about January 15, 1999 when he suddenly saw a gas cloud coming toward him. The plaintiff allegedly attempted to escape but was immediately overcome by the fumes and rendered unconscious causing injury.

6.

The petition further alleges that, "because of said accident, [the plaintiff] incurred personal injuries including but not limited to pulmonary/respiratory conditions for which he should be compensated as well as for medical expenses and lost wages."

7.

The plaintiff further prays for judgment against CF Industries "in an amount to be determined by the court with legal interest from date of judicial demand until paid, penalties, and for all costs of these proceedings."

8.

The plaintiff also named "XYZ Insurance Company" as a defendant. As of the date of filing of this Notice of Removal, the plaintiff has not clarified his petition to specifically name XYZ Insurance Company; nor has the plaintiff requested service of the petition upon any insurance company.

9.

This court has original jurisdiction pursuant to 28 U.S. C. § 1332.

10.

This court has removal jurisdiction pursuant to 28 U.S.C § 1441.

11.

This action has been properly and timely removed pursuant to 28 U.S.C. § 1446.

12.

Attached to this Notice of Removal as Exhibit No. 1 is a copy of the entire state court suit record in this removed action.

13.

The defendant, CF Industries, represents that promptly upon the filing of this Notice of Removal, it shall give written notice thereof to the plaintiff and shall file a copy of the Notice of Removal with the clerk of the 23rd Judicial District Court for the Parish of St. James, Louisiana wherein said state court action is now pending.

THEREFORE, the defendant, CF INDUSTRIES, INC., respectfully prays that this Notice of Removal be accepted as good and sufficient and that this court enter such order or orders as may be proper in the premises.

Baton Rouge, Louisiana, this __11__ day of February, 2000.

Respectfully Submitted:

ATKINSON, PERRY, ATKINSON & BALHOFF, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY: _____
John W. Perry, Jr. (Bar No. 10524) T/A
Joseph W. Mengis (Bar No. 21751)
**Attorneys for defendant, CF Industries, Inc.**