

DOCKET NO. 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Michael D. Knighten v. CF Industries, Inc. et al.*, E.D. Louisiana, C.A. No. 2:00-449 "C"

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order ("CTO-165") was filed in the above-captioned action (*Knighten*) on March 9, 2000. In the absence of any opposition, the conditional transfer order was finalized with respect to *Knighten* on March 27, 2000. The Panel has now learned that *Knighten* is not related to the asbestos litigation and was included on CTO-165 as the result of a clerical error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-165" filed on March 9, 2000, be, and the same hereby is, VACATED insofar as it relates to the above-captioned action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel