

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL -5 P 3:51

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MICHAEL D. KNIGHTEN                          CIVIL ACTION

VERSUS                                       NUMBER: 00-0449

CF INDUSTRIES, INC., ET AL                   SECTION: "C" 2

### J U D G M E N T

Considering the Court having granted the motion by CF Industries, Inc. for summary judgment; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this ___6___ day of July 2000.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL - 6 2000

__Fee_____
__Process_____
_X_Dktd_____
__CtRmDep____
Doc.No._____