IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-30866

00-449 C

MICHAEL D KNIGHTEN

   Plaintiff - Appellant

v.

CF INDUSTRIES INC; UNIDENTIFIED PARTY

   Defendants - Appellees

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 16 2001
LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
FILED
JAN 16 2001
CHARLES R. FULBRUGE III
CLERK

---------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
---------------------

CLERK'S OFFICE:

 Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 16, 2001, for want of prosecution. The appellant failed to timely file brief.

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
    Monica Washington, Deputy Clerk
    FOR THE COURT - BY DIRECTION

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

RECEIVED
JAN 1 6 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

January 16, 2001

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

      No. 00-30866 Knighten v. CF Industries Inc
      USDC No. 00-CV-449-C

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned:

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Monica Washington, Deputy Clerk

cc: w/encl:
    Mr Michael D Knighten
    Mr John W Perry Jr